UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRINE N. CHIEVES.,

Plaintiff,

-against-

NAC PRESIDENT, ET AL.,

Defendants.

25 CIVIL 10501 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the July 15, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge